## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### *EASTERN DIVISION*

| | |
|---|---|
| In re:<br><br>CHICAGO HUDSON, LLC,<br><br>               Debtor. | Chapter 11<br>Case No. 06 B 05596<br><br>Hon. Jack B. Schmetterer<br><br>Hearing Date: October 2, 2006<br>Hearing Time: 10:00 a.m. |

## NOTICE OF MOTION

To:    See Attached Service List

    PLEASE TAKE NOTICE that on **Monday, October 2, 2006 at 10:00 a.m.** or as soon thereafter as counsel may be heard, we will appear before United States Bankruptcy Judge Jack B. Schmetterer, or any other judge sitting in his stead, in Courtroom 682 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached **Application of Millennium Properties, Inc. for Allowance of Fees and Reimbursement of Expenses** as sales agent for the Debtor Chicago Hudson, LLC, at which time and place you may appear as you see fit.

               MILLENNIUM PROPERTIES, INC.

               By:  /s/ Joy E. Levy
                   One of their Attorneys

Barry A. Chatz (ARDC #06196639)
Miriam R. Stein (ARDC #06238163)
Joy E. Levy (ARDC # 06281972)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

## CERTIFICATE OF SERVICE

    I, Joy E. Levy, an attorney, hereby certify that I caused the attached Notice and document referenced herein to be served on the individuals listed on the attached service list by mail on September 11, 2006, in addition to those parties receiving electronic notice from participation in ECF.

               /s/ Joy E. Levy

# CHICAGO HUDSON, LLC SERVICE LIST

Richard S. Lauter
Bryan I. Schwartz
Gregg Szilagyi
Levenfeld Pearlstein, LLC
2 N. LaSalle St., Ste. 1300
Chicago, IL 60602

Alexis Giannoulias
Broadway Bank
5960 North Broadway
Chicago, IL 60660

David A. Grossberg
Eugene J. Geekie, Jr.
Jon Vigano
Schiff Hardin, LLP
6600 Sears Tower
Chicago, Illinois 60606-6473

Andrew Platt
Kluever & Platt, LLC
65 East Wacker Drive
Suite 1700
Chicago, IL 60601

Anthony Licata Shefsky & Frolelich
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

Mr. Robert S. Williams
Chicago Construction Ser.
853 N. Elston Avenue
Chicago, IL 60622

Ms. Margaret Hoff
Crosstown Electric
701 Fargo Avenue
Elk Grove Village, IL 60007

Gremley & Biede3rmann
4505 N. Elston Avenue
Chicago, IL 60630

Michael J. Sreenan
Chicago Hudson, LLC
853 N. Elston Ave.
Chicago, IL 60622

Nicholas V. Dizonno
Law Offices of Serpe Dizonno &
Associates
1317 S. First Avenue
Maywood, IL 60153

Stephen T. Bobo
Sachnoff & Weaver
10 South Wacker Drive
40th Floor
Chicago, IL 60606

William Factor
Sara Lorber
Seyfarth Shaw LLP
55 East Monroe Street
42nd Floor
Chicago, IL 60603

A Buzy Bee Board Up
2435 N. Laramie Ave.
Chicago, IL 60639

City of Chicago
Department of Revenue
P.O. Box 4956
Chicago, IL 60680

Mr. James DeStefano
DeStefano & Partners
445 E. Illinois St., Suite 250
Chicago, IL 60611

Hansen Services Inc.
P.O. Box 1252
Bolingbrook, IL 60440

Stephen Wolfe, Esq.
Office of the United States Trustee
227 W. Monroe Street, Ste. 3350
Chicago, IL 60606

Kelly E. Ford
Lietz Banner Ford LLP
1605 S. State Street, Suite 103
Champaign, IL 61820

Mary Koberstein
225 West Hubbard Street
Chicago, IL 60610

DeStafano & Partners
445 East Illinois Street
Suite 250
Chicago, IL 60611

Mary Koberstein
Centrum Properties
225 W. Hubbard Street
Chicago, IL 60610

Mary Koberstein
CP Kingsburg, L.L.C.
225 West Hubbard Street
Chicago, IL 60610

Mr. Peter Swan, Esq.
Emalfarb Swan & Bain
440 Central Avenue
Highland Park, IL 60035

Mr. Benjamin Randall
Katz Randall Weinberg & Richmond
333 W. Wacker Drive
Suite 1800
Chicago, IL 60606

Mr. David Haymes
Pappageorge Haymes
814 N. Franklin Avenue
Suite 400
Chicago, IL  60622

Power Construction
2360 N. Palmer Drive
Schaumberg, IL  60173

Mr. Robert Williams
Rezmar Corporation
853 N. Elston Avenue
Chicago, IL  60622

SBC
Bill Payment Center
Saginaw, MI  48663

Mr. Jeffrey Allen
Allen Law Group, LLP
50 Airport Parkway, Ste. 100A
San Jose, CA  95110

Thomas Fleming Company
9213 N. Mason Avenue
Morton Grove, IL  60053

Urban Services
3601 W. Devon Avenue
Suite 3
Chicago, IL  60659

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
*EASTERN DIVISION***

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 06 B 05596 |
| CHICAGO HUDSON, LLC, | |
| | Hon. Jack B. Schmetterer |
| Debtor. | |
| | Hearing Date: October 2, 2006 |
| | Hearing Time: 10:00 a.m. |

**APPLICATION FOR ALLOWANCE OF COMPENSATION FOR
MILLENNIUM PROPERTIES, INC. AS SALES AGENT TO THE DEBTOR**

Millennium Properties, Inc. ("Millennium"), sales agent to Debtor and Debtor in Possession Chicago Hudson, LLC ("Debtor") respectfully submits its Application for Allowance of Compensation ("Fee Application") for services rendered on behalf of the Debtor in connection with the sale of the Debtor's real estate and with its request for payment of same on a final basis.   In support of this Fee Application, Millennium represents as follows:

1.      On May 16, 2006, (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2.      The Debtor's primary asset is nearly an acre of improved real estate located at 750 North Hudson, Chicago, Illinois 60610 (the "Property").

3.      After the Petition Date, the Debtor sought court approval to sell the Property to Royal Apartment USA, Inc., subject to higher and betters offers.

4.      In that regard, the Debtor sought the assistance of Millennium to advertise the proposed sale and solicit bids on the Property.   The Debtor sought to retain Millennium, agreeing to compensate Millennium as follows:

        a.      $20,000 as a marketing fee;

b.      Commission equal to 10% of the overbid portion of the purchase price, if any;

c.      Reimbursement for actual promotional and advertising costs for marketing the Property, up to $20,000; and

d.      Reimbursement for actual attorneys' fees and costs in connection with its engagement, up to $10,000.

5.      On June 5, 2006, the Court approved the employment of Millennium as sales agent to the Debtor.

6.      On July 31, 2006, the Court approved the sale of the Property to Royal Apartment USA, Inc.

7.      Millennium has attached hereto a statement of actual promotional and advertising costs incurred in marketing the Property, as well as an itemized billing statement for its actual attorneys' fees and costs, provided on behalf of and for the benefit of the Debtor and its estate.

8.      The services provided and expenses incurred have all been relating to the marketing and solicitation of bids for the Property.

9.      Millennium has advanced promotional and advertising costs in the amount of $18,941.48, as set forth in further detail in Exhibit A hereto.

10.      In addition to these expenses, Millennium has incurred $5,606.40 in legal fees and expenses, for which it requests reimbursement from the estate, as set forth in further detail in Exhibit B hereto.  The reimbursement of legal fees includes $500.00 for attorney time in preparation of this Application and presentment of same before this Court.

11.    Millennium has received its $20,000 marketing fee from Royal Apartment USA, Inc.

12.    Millennium requests that the Court approve notice as provided to the Debtor's twenty largest creditors and other parties in interest listed on the Service List attached to the Notice of Motion.  Millennium submits that to serve all of the creditors of the Debtor would be too cumbersome, time consuming and costly to the estate.

WHEREFORE, Millennium requests that an order be entered as follows:

A.    Awarding it $24,547.88 in compensation and reimbursement of expenses incurred on behalf of the estate, as set forth herein, pursuant to Bankruptcy Code Section 330 and 331;

B.    Authorizing the Debtor to pay Millennium the amount of $24,547.88 on account of said award;

C.    Finding notice as provided to be sufficient under the circumstances; and

D.    Providing such other and further relief as may be appropriate.

Respectfully submitted,

MILLENNIUM PROPERTIES, INC.

By:___/s/  Joy E. Levy_____
      One of their Attorneys

Barry A. Chatz (ARDC #06196639)
Miriam R. Stein (ARDC #06238163)
Joy E. Levy (ARDC # 06281972)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

# EXHIBIT A

# INVOICE

# MILLENNIUM PROPERTIES R/E, INC.

### 20 S. CLARK STREET - STE. 630
### CHICAGO, ILLINOIS 60603
### TELEPHONE: 312.338.3000
### FAX: 312.338.3008
### FED ID 36-4103641

**DATE:**     8/16/2006

**BILL TO:**     Robert S. Williams
Rezmar Corporation
853 N. Elston Avenue
Chicago, Illinois 60622                                    **DUE DATE:**     Upon Reciept

cc: Richard Lauter
Levenfeld Pearlstein
2 N. LaSalle Street
Chicago, Illinois 60603

| DESCRIPTION | AMOUNT |
|---|---|
| RE: Marketing services for 750 N. Hudson | $20,000.00 |
| **TOTAL** | **$20,000.00** |

**WIRING INSTRUCTIONS:**

WIRE FUNDS TO:   LaSalle Bank, N. A.
135 S. LaSalle Street
Chicago, Illinois 60603

ABA NO: 071 000 505
CREDIT ACCOUNT NAME: MILLENNIUM PROPERTIES, INC.
CREDIT ACCOUNT NUMBER: 5800065236
ADDITIONAL INFORMATION (if any):

Make all checks payable to:     *MILLENNIUM PROPERTIES, R/E, INC.*

H:\SANDIE\DJH\DJH - AUGUST 2006\750 Hudson Invoice Marketing.xls



# INVOICE

# MILLENNIUM PROPERTIES R/E, INC.

20 S. CLARK STREET - SUITE 630
CHICAGO, ILLINOIS 60603
TELEPHONE: 312.338.3000
FAX: 312.338.3008
FED ID 36-4103641

**DATE:**     8/16/2006

**BILL TO:**     Robert S. Williams
Rezmar Corporation
853 N. Elston Avenue
Chicago, Illinois 60622

**DUE DATE:**     Upon Reciept

| DESCRIPTION | AMOUNT |
|---|---|
| Marketing Advance from Seller | ($20,000.00) |
| **Advertising charges for 750 N. Hudson** | |
| Apex - postage & delivery | $9.89 |
| Lettermen Signage - signage | $75.00 |
| Kinkos - printing & reproduction | $10.50 |
| eProperty from PropertyLine.com - online marketing | $899.00 |
| Crain's Chicago Business - print ad | $1,035.30 |
| Wall Street Journal - print ad | $1,414.17 |
| New York Times - print ad | $2,000.25 |
| Sunrise Hitek - newspaper layout | $300.00 |
| Lettermen Signage - signage | $1,800.00 |
| Chicago Messenger - postage & delivery | $13.20 |
| Chicago Tribune - print ad | $8,890.06 |
| Federal Express - postage & delivery | $29.63 |
| Chicago Tribune Ad per R. Lauter - print ad | $2,464.48 |
| **TOTAL** | ($1,058.52) |

**WIRING INSTRUCTIONS:**

WIRE FUNDS TO:   LaSalle Bank, N. A.
135 S. LaSalle Street
Chicago, Illinois 60603

ABA NO: 071 000 505
CREDIT ACCOUNT NAME: MILLENNIUM PROPERTIES, INC.
CREDIT ACCOUNT NUMBER: 5800065236
ADDITIONAL INFORMATION (if any):

Make all checks payable to:     *MILLENNIUM PROPERTIES, R/E, INC.*

H:\SANDIE\DJH\DJH - AUGUST 2006\750 Hudson Invoice.xls



**The New York Times**

ADVERTISING INVOICE

MILLENNIUM PROPERTIES RE INC

FED ID# 13-1102020
PHONE: (212) 556-7777

DUNS # 001315613
MEDIA # 1-133-6000

| | | |
|---|---|---|
| 063387 | 07/01/06-07/24/06 | 553498 |
| 07/24/06 | PAY WITHIN 15 DAYS | 1 OF 2 |

000349

BILLED ACCOUNT NAME AND ADDRESS

000349 ***************SNGLP SNGLP
MILLENNIUM PROPERTIES RE INC
DAN HYMAN
20 SOUTH CLARK STREET SUITE 630
CHICAGO, IL 60603-1831

Dear Advertiser:

Thank you for your continued business.
In our efforts to ensure that your ads are printed and invoiced correctly, we would like to extend a friendly reminder.

An Insertion Order is REQUIRED for every display advertisement placed in the New York Times.

For information on where to send your insertion order, please call 212-556-7777.
Your cooperation is very much appreciated.

Visit our website for on-line reservation and material submission @ nytadvertising.com

189671683

| 07/19/06 | 553498001 | NYT NATN3DRCO | | X 5.25 | 5.25 | 381.00 | 2,000.25 |
|---|---|---|---|---|---|---|---|
| PG#008 | | AUCTION | | # | | | |
| | | Ord#:WEB | | | | | 2,000.25 |
| | | Reservation # 982504801 | | | | | |
| | | Total Gross Amount: | | | | | 2,000.25 |

USE

Check here for address change and write information in the space provided on reverse side

COPY OF THIS INVOICE/STATEMENT WITH YOUR PAYMENT

THANK YOU.

189671683 553498000 0000200025



| | JUL 12 | DANIEL HYMAN | BANKRUPTCY AUCTION | B011 | CX | 78 | 7.1100 | 554.58 | $ | 47 |
| | JUL 12 | DANIEL HYMAN | MOTIVATED SELLERS | B012 | CX | 60 | 7.1100 | 426.60 | | 38 |
| | JUL 19 | DANIEL HYMAN | BANKRUPTCY AUCTION | B010 | CX | 78 | 7.1100 | 554.58 | | 47 |
| | JUL 19 | DANIEL HYMAN | MOTIVATED SELLERS | B011 | CX | 60 | 7.1100 | 426.60 | | 38 |
| | JUL 26 | DANIEL HYMAN | BANKRUPTCY AUCTION | B009 | CX | 78 | 7.1100 | 554.58 | | 47 |
| | JUL 26 | DANIEL HYMAN | MOTIVATED SELLERS | B010 | CX | 60 | 7.1100 | 426.60 | | 38 |

# Dow Jones

| 21 | | 22 | |
| --- | --- | --- | --- |
| | | $ | 2,50 |

NAME OF ADVERTISER

MILLENNUM PROPERTIES

| 26/4 ACCOUNT NO. | | INVOICE NO. | INVOICE DATE |
| --- | --- | --- | --- |
| 6959951 | 5314158 | 24600833 | JUL 31, 2006 |

* Explanation of Editions and Premium Position Codes listed on reverse side.
Contract performance listed on reverse side.

[1] DOW JONES & COMPANY, INC.
CLASSIFIED ADVERTISING
CUSTOMER SERVICE
P O BOX 300
PRINCETON NJ 08543-0300
(609) 520 - 4000

PROFILE CONSUL
DAN HYMAN
20 SOUTH CLARK #630
CHICAGO IL 60603

28
PLEASE REMIT TO:

6/23
TERMS: PAYMENT DUE IN 15 DAYS

AMOUNT DUE: $ 2,502.00

PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND RETURN THIS PORTION WITH YOUR PAYMENT

# lettermen/signage,inc.



## invoice

date

8/2/2006

invoice #

49527

p.o.#

Dan H.

terms

Net 30

Millennium Properties, Inc.
Suite 630
20 South Clark Street
Chicago, IL  60603

### description of work

Service Required: Furnish Recycled Signage

Job Address: Chicago and Hudson, Chicago

Description: One Single Face 10x16 sign on posts

Copy to Read:

Court Ordered Auction; July 31, 2006; Logo; Daniel J. Hyman; 312-338-3003



$1,800.00

19912 South Wolf Road, Mokena IL  60448    708.479.5161    708.479.4748    www.lettermensign.com

# Chicago Tribune

P.O. BOX 8685, CHICAGO, IL 60680-8685
TEL: 312/222-5400   FAX: 312/222-4002
FED. ID #: 36-2643437

**ADVERTISING INVOICE AND STATEMENT**

| | TOTAL AMOUNT DUE | | TERMS OF PAYMENT |
|---|---|---|---|
| | | | **DUE 15 DAYS AFTER BILL DATE** |
| 21 CURRENT NET AMOUNT | 30 DAYS | 60 DAYS | OVER 60 DAYS |
| | | | |

| 4 PAGE # | 3 | 5 BILLING DATE | 6 | BILLED ACCOUNT NAME AND ADDRESS | 7 | REMITTANCE ADDRESS |
|---|---|---|---|---|---|---|
| 1 | | 07/31/06 | | | | |

**BILLED ACCOUNT NUMBER**
0472E3416

**ADVERTISER/CLIENT NUMBER**

MILLENNIUM PROPERTIES INC
20 S CLARK ST STE 630
CHICAGO            IL    60603-1831

FOR REMITTANCE ADDRESS SEE REVERSE SIDE.

---

**PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE**

| DATE | NEWSPAPER REFERENCE | DESCRIPTION/OTHER COMMENTS/CHARGES | BREAKDOWN | | PRICING AMOUNT | |
|---|---|---|---|---|---|---|
| | Where do you turn in a tough job market? CareerBuilder local- In print-Online 312-222-2222 Chicagotribune.com/careerbuilder | | | | | |
| | BALANCE FORWARD | | | | | 2,197.50 |
| 07/13/06 | PAYMENT | | | | 2,197.50CR | |
| | | | | TOTAL CASH | | 2,197.50C |
| | | | | NET FORWARD | | 0.00 |
| 07/05/06 | WO#: 147406301 INV#: 699952005 CHICAGOTRIBUNE.COM SCREENS | AD ID: INVESTMENT 061079 | 109 LINES 109.00 | 1 DAY 7.50 | 817.50 | |
| | | | | | 18.00 10.00 | 845.50 |
| 07/19/06 | WO#: 148329501 INV#: 699952001 SYSTEM READY | AD ID: 066979 | 154 LINES 154.00 | 1 DAY 4.16 | 640.64 | |
| | | | | | 7.70CR | 632.94 |
| 07/23/06 | WO#: 148329501 INV#: 699952002 CHICAGOTRIBUNE.COM SYSTEM READY | AD ID: 066979 | 154 LINES 154.00 | 1 DAY 9.74 | 1,499.96 | |
| | | | | | 10.00 7.70CR | 1,502.26 |
| 07/12/06 | WO#: 148329601 INV#: 699952003 SYSTEM READY | AD ID: 067182 | 154 LINES 154.00 | 1 DAY 4.16 | 640.64 | |
| | | | | | 7.70CR | 632.94 |
| 07/16/06 | WO#: 148329602 INV#: 699952004 | AD ID: 067182 | 154 LINES 154.00 | 1 DAY 9.74 | 1,499.96 | |

---

## STATEMENT OF ACCOUNT  AGING OF PAST DUE AMOUNTS

| 21 CURRENT NET AMOUNT | 22 30 DAYS | 60 DAYS | OVER 90 DAYS | * UNAPPLIED AMOUNT | 23 TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| | | | | | |

---

# Chicago Tribune

P.O. BOX 8685, CHICAGO, ILLINOIS 60680-8685
TEL: 312/222-5400   FAX: 312/222-4002   FED. ID #: 36-2643437

*UNAPPLIED AMOUNTS ARE INCLUDED IN TOTAL AMOUNT DUE

| 24 | 25 BILLING PERIOD | 6 | BILLED ACCOUNT NUMBER | 7 | ADVERTISER/CLIENT NUMBER | 2 | ADVERTISER/CLIENT NAME |
|---|---|---|---|---|---|---|---|
| 1,205 | 07/01/06 - 07/31/06 | | 0472E3416 | | | | |

614-52 (8/01) 1452

Where do you turn in a tough job market? CareerBuilder.com.
In print-Online 312-222-2222 Chicagotribune.com/careerbuilder

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | CHICAGOTRIBUNE.COM | | | | | 10.00 | |
| | SYSTEM READY | | | | | 7.70CR | 1,502.28 |
| 07/16/06 | WO#: 149718501 | AD ID: INVESTMENT 077007 | | 118 LINES | 1 DAY | 885.00 | |
| | INV#: 699952006 | | | 118.00 | 7.50 | | |
| | CHICAGOTRIBUNE.COM | | | | | 18.00 | |
| | SCREENS | | | | | 10.00 | 913.00 |
| 07/23/06 | WO#: 151058501 | AD ID: BANKRUPTCY 083918 | | 121 LINES | 1 DAY | 807.50 | |
| | INV#: 699952007 | | | 121.00 | 7.50 | | |
| | CHICAGOTRIBUNE.COM | | | | | 18.00 | |
| | SCREENS | | | | | 10.00 | 835.50 |
| 07/26/06 | WO#: 151503701 | AD ID: 088254 | | 154 LINES | 1 DAY | 1,281.28 | |
| | INV#: 699952008 | | | 154.00 | 8.32 | | |
| | | | | | | | 1,281.28 |
| 07/30/06 | WO#: 154122601 | AD ID: INVESTMENT 102980 | | 99 LINES | 1 DAY | 742.50 | |
| | INV#: 699952009 | | | 99.00 | 7.50 | | |
| | CHICAGOTRIBUNE.COM | | | | | 18.00 | |
| | SCREENS | | | | | 10.00 | 770.50 |
| | CLASSIFIED SUBTOTAL | | SPACE: | 1,217 LINES | | | 9,016.18 |
| 07/16/06 | WO#: 149189301 | AD ID: AUCTION | | 2 X 5.5" | | 3,289.00 | |
| | INV#: 699952010 | | | 11.00 | 299.00 | | 3,289.00 |
| | DISPLAY SUBTOTAL | INSERTIONS: 1 | SPACE: | 11.00 " | | | 3,289.00 |

## STATEMENT OF ACCOUNT AGING OF PAST DUE AMOUNTS

| | | | | | |
|---|---|---|---|---|---|
| 12,305.18 | 0.00 | 0.00 | 0.00 | 0.00 | 12,305.18 |

**Chicago Tribune**   P.O. BOX 8685, CHICAGO, ILLINOIS 60680-8685
TEL: 312/222-5400   FAX: 312/222-4002   FED. ID #: 36-2643437        *UNAPPLIED AMOUNTS ARE INCLUDED IN TOTAL AMOUNT

| | | | |
|---|---|---|---|
| 1,206 | 07/01/06 - 07/31/06 | 047253415 | |

814-52 (6/01) 1452

| | |
|---|---|
| 2 | 07/31/06 |

| |
|---|
| 047253415 |

MILLENNIUM PROPERTIES INC
20 S CLARK ST STE 630
CHICAGO          IL   60603-1831                    FOR REMITTANCE ADDRESS SEE REVERSE SIDE

047253415000000000017699952010 01230518 01230518 4

**Your Commercial Account Statement**

FedEx Kinko's
Office and Print Services

FedEx Kinko's Customer Administrative Services P.O. Box 262682 Plano, TX 75026-2682

| | | Account Number: | 0000249540 |
|---|---|---|---|

| Customer Service: | 1-800-488-3705 | Millenium Properties Inc |
|---|---|---|
| For Lost or Stolen Card: | 1-800-488-3705, x2701 | 20 S Clark Sta 630 |
| Send Billing Inquiries to: | FedEx Kinko's - CAS | Chicago IL 60603-1831 |
| | P.O. Box 262682 | |
| | Plano, TX 75026-2682 | |

| Federal ID Number: | 77-0433330 |
|---|---|

www.fedexkinkos.com

**Statement Date: July 31, 2006**

### Important Message

*Providing complete payment application information ~ 12 digit invoice number, invoice date, and amount ~ will facilitate the payment application process and ensure accuracy. If specific payment application information is not provided and we are unable to match the payment down to the invoice level, we will process payments by applying to the oldest invoice first.*

| ACCOUNT SUMMARY | | PAYMENTS RECEIVED | |
|---|---|---|---|
| Current | $50.91 | 07/22/06 | $10.50CR |
| 31-60 Days | | 06/23/06 | $8.44CR |
| 61+ Days | | 05/19/06 | $49.16CR |
| Total Due | $50.91 | | |
| Upon Receipt | | | |

| Date | Invoice No. | Authorized User | Reference/P.O. No. | Current 0-30 Days | Past Due 31-60 Days | Past Due 61+ Days |
|---|---|---|---|---|---|---|
| 07/03/06 | 36330P003814 | Ben Rosenfield | 69 | $3.24 | | |
| 07/17/06 | 363200002166 | INTERN | ben rosanfield | $2.62 | | |
| 07/18/06 | 363200002183 | INTERN | MIKE WIDDES | $2.62 | | |
| 07/20/06 | 363200002195 | INTERN | 750 N HUDSON | $7.22 | | |
| 07/25/06 | 36320P003274 | INTERN | Ben R - Stone Bridge | $12.80 | | |
| 07/28/06 | 363200002272 | INTERN | 750 N HUDSON | $22.41 | | |

| | SUBTOTALS: | $50.91 |
|---|---|---|
| | **TOTAL DUE:** | **$50.91** |

*Is your business exempt from sales tax on purchases from Kinko's? Fax your tax exemption certificate(s) and all other related tax correspondence to (214) 703-4090. Please include your 10-digit account number on each page. Upon receipt, your documentation will be reviewed and your account updated. You will be contacted if further information or clarification is needed.*

KINK001   PLEXF9   KIN00111.RTP   00001524 / 00007018

Detach here and return coupon with your payment

Please remit payment to:
**FEDEX KINKO'S CUSTOMER ADMINISTRATIVE SERVICES**
P.O. BOX 672085
DALLAS, TX 76267-2085

Questions? Please call:
**1-800-488-3705**

INVOICE#: 363
Receipt  #: 363
Account  #: 00X
Auth. User : INT
Reference : Mil
Tax Exempt #:
Date: 07/18/200
Qty/List
1.00
2.50
0.00
0.00

SIGNATURE ON FILE

Thank you for cho
Chicago IL The Lc
29 S La Salle St C
Chicago   IL  60

Signature / Name Area

**Electronically Reproduced Copy of Original**

Visit our website at
http://www.fedexkinkos.com

**Mark J. Finch**
**Graphic Prepress Services**

c/o Sunrise Hitek Service, Inc.
5915 N. Northwest Hwy.
Chicago, IL 60631
773-792-8880

# INVOICE

| | | |
|---|---|---|
| **Company** | Millennium Properties, Inc. | |
| **Address** | 20 S. Clark St.      Suite 630 | |
| | Chicago      IL      60603 | |
| **Phone** | 312-338-3003 | |
| **Fax** | 312-338-3008 | |

| | |
|---|---|
| **Invoice No.** | 0608406 |
| **Date** | August 2, 2006 |
| **P.O. No.** | Daniel J. Hyman |
| **Job No.** | June & July Ads |
| **Terms** | Net 30 Days |

| Price | Quantity | Description | Amount |
|---|---|---|---|
| $50.00 | 1 | June 2006 Ads | $50.00 |
| | | Crain's_060605.pdf | |
| $50.00 | 5 | July 2006 Ads | $250.00 |
| | | Crain's_060710.pdf | |
| | | NYT_060714.pdf | |
| | | Trib_060710.pdf | |
| | | WSJ_060710.pdf | |
| | | WSJ_060710_2.pdf | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Remarks**
Please make check(s) payable to:  Mark J. Finch Graphic Prepress
Services

| | |
|---|---|
| **Total** | $300.00 |
| **Deposit** | $0.00 |
| **Balance  Due** | $300.00 |

Thank you for your business. We look forward to serving you again.
Note: A finance charge of 2.0% per month will apply to past-due accounts.

# EXHIBIT B

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA, SUITE 1200 * CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

MILLENIUM PROPERTIES, INC.
ATTN: MR. DANIEL J. HYMAN
20 S. CLARK STREET, SUITE 630
SUITE 910
CHICAGO IL 60603

August 16, 2006

Invoice:  728506

Page 1

JAC

FOR PROFESSIONAL SERVICES RENDERED THROUGH August 16, 2006

Our Matter #  18328-0003

CHICAGO HUDSON LLC

| Date | Description | | |
|---|---|---|---|
| 07/06/06 | CHICAGO HUDSON - LENGTHY TELEPHONE CALL WITH RICH LAUTER REGARDING ISSUES FOR 7/7 HEARING; E-MAILS TO CLIENT RELATING TO SAME. | | |
| | BARRY A. CHATZ | 0.50 hr. | |
| 07/07/06 | CHICAGO HUDSON - ATTEND HEARING ON SALE STATUS. | | |
| | BARRY A. CHATZ | 1.20 hr. | |
| 07/11/06 | CHICAGO HUDSON - TELEPHONE CALL WITH R. LAUTER REGARDING SALE STATUS. | | |
| | BARRY A. CHATZ | 0.30 hr. | |
| 07/27/06 | CHICAGO HUDSON - MEMO RELATING TO STATUS AND HEARING ON 7/31; TELEPHONE CALL TO CLIENT THEREON. | | |
| | BARRY A. CHATZ | 0.30 hr. | |
| 07/31/06 | CHICAGO HUDSON - ATTEND COURT HEARING REGARDING APPROVAL OF SALE. | | |
| | JAMES A. CHATZ | 1.00 hr. | |

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA, SUITE 1200 * CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

MILLENIUM PROPERTIES, INC.
ATTN: MR. DANIEL J. HYMAN
20 S. CLARK STREET, SUITE 630
SUITE 910
CHICAGO IL  60603

August 16, 2006

Invoice:  728506

Page 2

### SUMMARY OF FEES

| | Hours | Rate/Hr | Amount |
|---|---|---|---|
| BARRY A. CHATZ | 2.30 | 485.00 | 1,115.50 |
| JAMES A. CHATZ | 1.00 | 525.00 | 525.00 |
| TOTAL | 3.30 | | $1,640.50 |

Total  Fees for Professional Services ................................................. 1,640.50

### Reimbursable Costs

CASH: JAMES CHATZ - CAB FARE TO/FROM HEARING ON 7/31/06          11.00

Total Reimbursable Costs .......................................... 11.00

Discount          ($328.10)

### TOTALS FOR THIS MATTER

Prior Balance Brought Forward  ............................................................................. $3,783.00

Fees For Professional Services ........................................................ 1,640.50

Reimbursable Costs ...................................................................... 11.00

Less Credits and Adjustments ............................................................. (328.10)

NET CURRENT BILLING FOR THIS MATTER ............................................. $1,323.40

TOTAL DUE FOR THIS MATTER ................................................................ $5,106.40

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA, SUITE 1200 * CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

MILLENIUM PROPERTIES, INC.
ATTN: MR. DANIEL J. HYMAN
20 S. CLARK STREET, SUITE 630
SUITE 910
CHICAGO IL  60603

July 19, 2006

Invoice:  725923

Page 1

JAC

FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2006

Our Matter #  18328-0003

CHICAGO HUDSON LLC

| 05/26/06 | CHICAGO HUDSON - ATTEND HEARING ON CASE REGARDING TESTIMONY AND ISSUES ON SALE OF PROPERTY GOING FORWARD. |
| | BARRY A. CHATZ                2.50 hr. |
| 05/30/06 | CHICAGO HUDSON - DRAFT AFFIDAVIT REGARDING ENGAGEMENT. |
| | BARRY A. CHATZ                0.20 hr. |
| 05/30/06 | CHICAGO HUDSON - TELEPHONE CALL WITH RICH LAUTER REGARDING ISSUES ON ENGAGEMENT OF MILLENNIUM AS AGENT. |
| | BARRY A. CHATZ                0.20 hr. |
| 05/31/06 | CHICAGO HUDSON - TELEPHONE CALLS REGARDING ISSUES OF ENGAGEMENT OF CLIENT AS BROKER. |
| | BARRY A. CHATZ                0.20 hr. |
| 06/01/06 | CHICAGO HUDSON - REVIEW EMPLOYMENT APPLICATION. |
| | BARRY A. CHATZ                0.40 hr. |
| 06/02/06 | CHICAGO HUDSON - REVIEW RESPONSES REGARDING OBJECTIONS WITH RESPECT TO SALE PROTOCOL AND OTHER MATTERS. |
| | BARRY A. CHATZ                0.40 hr. |
| 06/02/06 | CHICAGO HUDSON - ATTEND HEARING ON EVIDENTIARY ISSUES REGARDING POSSESSORY RIGHTS, EMPLOYMENT OF MILLENNIUM AND OTHER MATTERS. |
| | BARRY A. CHATZ                3.50 hr. |

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA, SUITE 1200 * CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

MILLENIUM PROPERTIES, INC.
ATTN: MR. DANIEL J. HYMAN
20 S. CLARK STREET, SUITE 630
SUITE 910
CHICAGO IL  60603

July 19, 2006

Invoice:  725923

Page 2

| Date | Description | | |
|---|---|---|---|
| 06/05/06 | CHICAGO HUDSON - TELEPHONE CALL WITH R. LAUTER REGARDING STATUS OF MARKETING ISSUES AND PAYMENT OF MARKETING DOLLARS. | | |
| | BARRY A. CHATZ | 0.20 hr. | |
| 06/23/06 | CHICAGO HUDSON - TELEPHONE CALL WITH CLIENT AND R. LAUTER REGARDING STATUS. | | |
| | BARRY A. CHATZ | 0.20 hr. | |

## SUMMARY OF FEES

| | Hours | Rate/Hr | Amount |
|---|---|---|---|
| BARRY A. CHATZ | 7.80 | 485.00 | 3,783.00 |
| TOTAL | 7.80 | | $3,783.00 |

Total  Fees for Professional Services ................................................... 3,783.00

## TOTALS FOR THIS MATTER

Fees For Professional Services ......................................................... 3,783.00

Reimbursable Costs ....................................................................... 0.00

NET CURRENT BILLING FOR THIS MATTER ............................................. $3,783.00

TOTAL DUE FOR THIS MATTER ............................................................ $3,783.00